# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lawson, David M. | U.S. District Court, E.D. Mich | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

231 W. Lafayette Blvd. Rm. 802
Detroit, MI 48226

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Custodian accounts 1 through 10 |
| 2. | Director | High Sierra, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 6/21/12 | Rutter Group -- seminar taught | $500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/2012 | Ford Motor Company -- wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SEAK | 2-10-2012 to 2-12-2012 | Naples, Florida | Seminar taught | Transportation, lodging, meals |
| 2. | Southern Methodist University Law School | 10-4-2102 to 10-5-2012 | Dallas, Texas | Lecture given | Transportation, lodging, meals |
| 3. | Duke University Law School | 2-19-2012 to 2-20-2102 | Durham, North Carolina | Lecture given | Transportation, lodging, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Boston Capital Fund Series 30 | A | Interest | J | T | | | | | |
| 2. High Sierra, Inc. | | None | K | T | | | | | |
| 3. American Funds -- Growth Fund of America (Custodian) | B | Dividend | K | T | | | | | |
| 4. Charter One Bank | A | Interest | K | T | | | | | |
| 5. Ford Motor Company Common | A | Dividend | K | T | Buy (add'l) | 03/05/12 | K | | |
| 6. Ford Motor Company Common | A | Dividend | K | T | Buy (add'l) | 03/12/12 | K | | |
| 7. Ford Motor Company Common | A | Dividend | K | T | Sold (part) | 03/05/12 | J | A | |
| 8. Ford Motor Company Common | A | Dividend | K | T | Sold (part) | 03/12/12 | J | A | |
| 9. Cole Real Estate Investment Trust* | C | Distribution | L | T | | | | | |
| 10. FPA New Income Fund* | A | Dividend | K | T | | | | | |
| 11. Harbor Fund Bond Fund* | A | Int./Div. | J | T | | | | | |
| 12. First Eagle Global Fund* | A | Int./Div. | M | T | Buy (add'l) | 07/30/12 | K | | |
| 13. Royce Fund 100 D* | A | Dividend | K | T | | | | | |
| 14. T Rowe Price Int'l Funds Emerging Mkts | A | Dividend | J | T | | | | | |
| 15. Blackrock Global Allocation Fund* | A | Dividend | K | T | | | | | |
| 16. Dodge & Cox Stock Fund* | A | Dividend | L | T | | | | | |
| 17. BBH Fund Inc. Core Select Fund Class N* | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FPA FDS TR FPA Crescent Portfolio Instl Cl Shs* | A | Dividend | L | T | | | | | |
| 19. IVA Fiduciary Trust Woldwide Fnd* | B | Int./Div. | L | T | | | | | |
| 20. Thornburg Invmnt Trust Int'l A* | A | Dividend | | | Sold | 07/27/12 | K | A | |
| 21. Bond Index Fund | A | Int./Div. | L | T | Buy (add'l) | 01/31/12 | J | | |
| 22. Bond Index Fund | A | Int./Div. | | | Buy (add'l) | 02/29/12 | J | | |
| 23. Bond Index Fund | A | Int./Div. | | | Buy (add'l) | 03/30/12 | J | | |
| 24. Bond Index Fund | A | Int./Div. | | | Buy (add'l) | 04/30/12 | J | | |
| 25. Bond Index Fund | A | Int./Div. | | | Buy (add'l) | 05/31/12 | J | | |
| 26. Bond Index Fund | A | Int./Div. | | | Buy (add'l) | 06/29/12 | J | | |
| 27. Bond Index Fund | A | Int./Div. | | | Buy (add'l) | 07/31/12 | J | | |
| 28. Bond Index Fund | A | Int./Div. | | | Buy (add'l) | 08/31/12 | J | | |
| 29. Bond Index Fund | A | Int./Div. | | | Buy (add'l) | 09/28/12 | J | | |
| 30. Bond Index Fund | A | Int./Div. | | | Buy (add'l) | 10/31/12 | J | | |
| 31. Bond Index Fund | A | Int./Div. | | | Buy (add'l) | 11/30/12 | J | | |
| 32. Bond Index Fund | A | Int./Div. | | | Buy (add'l) | 12/31/12 | J | | |
| 33. Pimco Total Return Fund | A | Int./Div. | K | T | Buy (add'l) | 01/31/12 | J | | |
| 34. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 02/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 03/30/12 | J | | |
| 36. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 04/30/12 | J | | |
| 37. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 05/31/12 | J | | |
| 38. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 06/29/12 | J | | |
| 39. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 07/31/12 | J | | |
| 40. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 08/31/12 | J | | |
| 41. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 09/28/12 | J | | |
| 42. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 10/31/12 | J | | |
| 43. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 11/30/12 | J | | |
| 44. Pimco Total Return Fund | A | Int./Div. | | | Buy (add'l) | 12/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Custodian positions in Part I are for accounts under the Uniform Gifts to Minors Act.

2. Investments in Part VII designated with an astrisk (*) are held in an IRA

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David M. Lawson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544